IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10481
_____


REBECCA SHERROD,

                    Plaintiff-Appellant,

          v.

AMERICAN AIRLINES, INC.,

                    Defendant-Appellee.


                    ---------------------------------
                    Appeal from the United States District Court
                     for the Northern Distric of Texas, Dallas
                              (3:97-CV-1373-D)
                    ---------------------------------
                           November 20, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

     Rebecca Sherrod ("Sherrod") once again appeals from a
summary judgment dismissing a retaliation claim brought
against American Airlines, Inc. ("American").  In Sherrod v.
American Airlines, Inc., 132 F.3d 1112 (5th Cir. 1998)
("Sherrod I"), we upheld a summary judgment against Sherrod
wherein she claimed discrimination and retaliation in the
face of American's proffered legitimate, nonpretextual claim
that Sherrod was ineligible for rehire.  In the instant

_____

[*]   Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

case, the district court found that Sherrod had failed to create a fact issue that American's declaration that she was not eligible for rehire was a pretext for discrimination, and that our final determination in Sherrod I, that American did not discriminate when it declared Sherrod ineligible for rehire, collaterally estopped her present attack on the same legitimate, nonpretextual basis for American's complained of act in the instant case. We agree, and affirm essentially for the reasons set forth in Judge Fitzwater's succinct and cogent memorandum and order dated April 1, 1998. AFFIRMED.